**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **ADEKUNLE ADEKUNBI ABIOYE** | **CIVIL CASE NO. 26-2922** |
| **VERSUS** | **JUDGE EDWARDS** |
| **MARKWAYNE MULLIN, ET AL** | **MAG. JUDGE WHITEHURST** |

## MEMORANDUM RULING AND ORDER

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (R. Doc. 1) and an Emergency Motion for Temporary Restraining Order ("TRO") (R. Doc. 5) filed by Petitioner Adekunle Adekunbi Abioye ("Petitioner") on the same day. At the time of filing, Petitioner was an immigration detainee at the Central Louisiana ICE Processing Center in Jena, Louisiana.[1] For the reasons set forth below, the TRO is **denied** and the Petition is **dismissed without prejudice** for lack of jurisdiction.

A status conference was held with the parties on September 16, 2026, where counsel for the Government informed the Court that Petitioner's removal was imminent.[2] The Court informed the parties that a ruling on the TRO would be deferred until after a response to the TRO and the underlying Petition was filed by the Government on September 21, 2026.[3] The Government timely filed its response, supported by Declaration, and asserts that the Petition and TRO are moot because

[1] R. Doc. 1 at p 4.
[2] R. Doc. 7.
[3] *Id.*

the Petitioner was removed from the United States to Nigeria on September 18, 2026.[4]

The Government is correct that an alien who has been finally removed from United States is not "in custody," as required for a court to have the power to grant a writ of habeas corpus. *See Merlan v. Holder*, 667 F.3d 538 (5th Cir. 2011) (per curiam); *Dien Thanh Ngo v. Johnson*, 3:19-CV-976, 2019 WL 3468909 (N.D. Tex. 2019) (collecting cases), *report and recommendation adopted*, 2019 WL 3459817 (N.D. Tex. 2019); 28 U.S.C. § 2241. Accordingly,

**IT IS ORDERED** that the Emergency Motion for Temporary Restraining Order (R. Doc. 5) is **DENIED** and the Petition for Writ of Habeas Corpus (R. Doc. 1) is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**THUS DONE AND SIGNED** this 22nd day of September, 2026.

Jerry Edwards, Jr.

**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**

[4] R. Doc. 8 at 2.